### COY v. STATE.
No. 26310.

Court of Criminal Appeals of Texas.
March 11, 1953.

No attorney on appeal, for appellant.

William H. Scott, Criminal Dist. Atty., King C. Haynie, Asst. Crim. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, two years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.